**FORTIS LLP**
Matthew A. Berliner (SBN 224384)
650 Town Center Drive Suite 1530
Costa Mesa, CA 92626
Telephone: 714-839-3800
Facsimile: 714-795-2995
mberliner@fortislaw.com

Scot Wilson
California State Bar No. 223367
**ROBINSON CALCAGNIE, INC.**
19 Corporate Plaza Drive
Newport Beach, CA 92660
949.720.1288
949.720.1292 – Facsimile
swilson@robinsonfirm.com

Walt D. Roper
Texas State Bar No. 00786208
**The Roper Firm, P.C.**
3131 McKinney Avenue
Suite 600
Dallas, TX 75204
214.420.4520
1+214.856.8480 – Facsimile
walt@roperfirm.com
*(application of pro hac vice admission will be filed within ten days)*

Robert A. Skipworth
Texas State Bar No. 18473000
**Robert A. Skipworth, Attorney at Law**
310 N. Mesa, Suite 600
El Paso, TX 79901
915.533.0096
915.544.5348 – Facsimile
rskipworth@aol.com
*(application of pro hac vice admission will be filed within ten days)*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SILVERMAN and J. EDWARDS JEWELRY DISTRIBUTING, LLC, as representatives of all similarly situated persons,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO & COMPANY; WELLS FARGO BANK, NATIONAL ASSOCIATION; and DOES 1 – 10, inclusive,<br><br>Defendants. | CASE NO.: 4:18-cv-03886-YGR<br><br>**STIPULATION REGARDING SERVICE AND RESPONSE TIME**<br><br>IT IS SO ORDERED<br>[signature]<br>Judge Yvonne Gonzalez Rogers<br>8/20/2018 |

**TO: THE COURT AND ALL PARTIES OF RECORD:**

Pursuant to Fed. R. Civ. Proc. 4(d), Plaintiffs John Silverman and J. Edwards Jewelry Distributing, LLC (collectively "Plaintiffs") and Defendant Wells Fargo &

- 1 -
STIPULATION REGARDING SERVICE

FORTIS LLP
650 TOWN CENTER DRIVE, SUITE 1530
COSTA MESA, CALIFORNIA 92626
TEL 714-839-3800 • FAX 714-795-2995

Company and Wells Fargo Bank, N.A. ("Defendants") stipulate and agree as follows:

1. Defendants have accepted service of the Original Class Action Complaint (Doc. No 1) filed by Plaintiffs in the above action; and

2. Defendants' deadline for filing a responsive pleading to the Original Class Action Complaint is September 14, 2018.

Respectfully submitted,

*/s/ Matthew A. Berliner*
Matthew A. Berliner
California State Bar No. 224384
**FORTIS LLP**
650 Town Center Drive
Suite 1530
Costa Mesa, CA 92626
mberliner@fortislaw.com

**ATTORNEYS FOR PLAINTIFFS**

Respectfully submitted,

*/s/ Regina J. McClendon*
Regina J. McClendon
California State Bar No. 184669
Locke Lord LLP
101 Montgomery Street, Suite 1950
San Francisco, CA 94104
rmcclendon@lockelord.com

**ATTORNEYS FOR DEFENDANTS**

# CERTIFICATE OF SERVICE

I, Vanessa Parsons, declare as follows:

I am employed in the County of Orange, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 650 Town Center Drive, Suite 1530, Costa Mesa, CA 92626. On August 16, 2018, I served the following document(s):

**STIPULATION REGARDING SERVICE AND RESPONSE TIME**

Regina J. McClendon
Locke Lord LLP
101 Montgomery Street, Suite 1950
San Francisco, CA 94104
rmcclendon@lockelord.com

by the following means of service:

[ X ] **BY ECF:** Electronically filed the foregoing with the Clerk of the Court by using the ECF system which will send a notice of electronic filing to parties listed above.

[ ] **BY ELECTRONIC SERVICE:** On the above-mentioned date, I caused each such document to be transmitted by electronically mailing a true and correct copy through Fortis LLP's electronic mail system to the e-mail address(es) set forth above.

[ ] **(STATE)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[ X ] **(FEDERAL)** I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 16, 2018, in Costa Mesa, California.

/s/ Vanessa Parsons