# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN SILVERMAN, ET AL.,** | CASE NO. 18-cv-03886-YGR |
| Plaintiffs, | |
| vs. | **ORDER VACATING HEARING** |
| **WELLS FARGO & COMPANY, ET AL.,** | Re: Dkt. No. 27 |
| Defendants. | |

The Court has reviewed the papers submitted by the parties in connection with defendant's motion to dismiss. The Court has determined that the motion is appropriate for decision without oral argument, as permitted by Civil Local Rule 7-1(b) and Federal Rule of Civil Procedure 78. *See also Lake at Las Vegas Investors Group, Inc. v. Pacific Malibu Dev. Corp.*, 933 F.2d 724, 729 (9th Cir. 1991). Accordingly, the Court **VACATES** the hearing scheduled for November 13, 2018.

**IT IS SO ORDERED.**

Dated: November 9, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**